Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−20460−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristina L. Rubin
   337 Volley Ct
   Wall, NJ 07719−9484

Social Security No.:
   xxx−xx−9146

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 25, 2017.

On 10/20/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:              November 29, 2017
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 23, 2017
JAN: gan

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20460-KCF
Kristina L. Rubin                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2            Date Rcvd: Oct 23, 2017
                                Form ID: 185             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
```
db              Kristina L. Rubin,    337 Volley Ct,    Wall, NJ 07719-9484
516839681       Allied Digestive Healt,    PO Box 11578,    Newark, NJ 07101-4578
516839682       Allied Digestive Health,    60 State Route 36 Ste B,    West Long Branch, NJ 07764-1464
517111349       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516839683       Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516839684       Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516839685       Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516967655       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516839686       Chase Card- AmazonPrime,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
516839687       Chase Card- Disney,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
516839688       Chase Card- Slate Card,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
517122102       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
516839689       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO 63129
516839690       Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO 63179-0040
516839691       Comenity Bank/New York & Co,    PO Box 182125,    Columbus, OH 43218-2125
516839692       Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516839693       Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
516839694       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
516839699       North American Partners in Anesthesia,    PO Box 49,    Glen Head, NY 11545-0049
516839700       Ocean Surgical Pavillion,    PO Box 305250,    Nashville, TN 37230-5250
516839701       RMB, Inc.,    409 Bearden Park Cir,    Knoxville, TN 37919-7448
516839703      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
517034511      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516839704       Vital Recovery,    PO Box 923748,    Peachtree Corners, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2017 21:31:13     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2017 21:31:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516839695       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 23 2017 21:30:59     Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517061794       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2017 21:32:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of QPL-LC Trust,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516839696       E-mail/Text: bk@lendingclub.com Oct 23 2017 21:31:20     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
517100546      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 23 2017 21:31:11     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516839697       E-mail/Text: ebn@barnabashealth.org Oct 23 2017 21:31:20     Monmouth Medical Center,
                 PO Box 903,    Oceanport, NJ 07757-0903
516839698       E-mail/Text: ebn@barnabashealth.org Oct 23 2017 21:31:20     Monmouth Medical Center,
                 PO Box 29962,    New York, NY 10087-9962
517108178       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2017 21:32:38
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517110460       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2017 21:32:46
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517108166       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2017 21:32:55
                 Portfolio Recovery Associates, LLC,    c/o DMB,   POB 41067,   Norfolk VA 23541
517108175       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2017 21:32:39
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,   POB 41067,
                 Norfolk VA 23541
517077921       E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2017 21:31:09
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516839702       E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2017 21:32:44     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    PO Box 965064,   Orlando, FL 32896-5064
516843561      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2017 21:32:36     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516955520      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2017 21:32:55     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 23, 2017
                              Form ID: 185             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Kristina L. Rubin mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```