UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on November 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kristina L. Rubin

Case No.: 17-20460

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 7, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ $553.00/562.00 per month for ____1/54____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Kristina L. Rubin
    Debtor

Case No. 17-20460-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 07, 2017
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
db        Kristina L. Rubin,   337 Volley Ct,   Wall, NJ  07719-9484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marc C. Capone    on behalf of Debtor Kristina L. Rubin mcapone@caponeandkeefe.com,
       docs@caponeandkeefe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                          TOTAL: 4