UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Toyota Motor Credit Corporation

Order Filed on July 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Kristina L. Rubin

Debtor

Case No.:   17-20460
Chapter     13
Judge:      Michael B. Kaplan

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 8, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☐ Real Property More Fully Described as:

- ■ Personal Property More Fully Describes as:

2016 TOYOTA COROLLA , VIN:2T1BURHE2GC534215,

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-20460-MBK
Kristina L. Rubin                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db              Kristina L. Rubin,    337 Volley Ct,    Wall, NJ   07719-9484

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Marc C Capone    on behalf of Debtor Kristina L. Rubin 5325@notices.nextchapterbk.com,
     docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 4