**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Kristina L. Rubin | Social Security number or ITIN: xxx–xx–9146 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   5/22/17 |
| Case number: | 17–20460–KCF | Date case converted to chapter: 7   8/1/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kristina L. Rubin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 337 Volley Ct<br>Wall, NJ 07719–9484 | |
| 4. | **Debtor's attorney**<br>Name and address | Marc C Capone<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837 | Contact phone 732–528–1166 |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 8/2/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 6, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/5/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Case 17-20460-KCF    Doc 51    Filed 08/04/19    Entered 08/05/19 01:02:18    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court
District of New Jersey

In re:  
Kristina L. Rubin  
    Debtor

Case No. 17-20460-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Aug 02, 2019  
                      Form ID: 309A      Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
```
db             Kristina L. Rubin,    337 Volley Ct,    Wall, NJ   07719-9484
516839682     ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
               WEST LONG BRANCH NJ 07764-1306
              (address filed with court:  Allied Digestive Health,     60 State Route 36 Ste B,
               West Long Branch, NJ  07764-1464)
516839681      Allied Digestive Healt,    PO Box 11578,    Newark, NJ   07101-4578
516839688      Chase Card- Slate Card,    Attn: Correspondence Dept,    PO Box 15298,
               Wilmington, DE   19850-5298
517122102      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA   98083-0280
516839689      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
               Louis, MO   63129
516839693      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX   75265-0292
516839694      Home Depot Credit Services,    PO Box 9001010,    Louisville, KY   40290-1010
516839699      North American Partners in Anesthesia,    PO Box 49,    Glen Head, NY   11545-0049
516839700      Ocean Surgical Pavillion,    PO Box 305250,    Nashville, TN   37230-5250
516839701      RMB, Inc.,    409 Bearden Park Cir,    Knoxville, TN   37919-7448
517034511     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516839704      Vital Recovery,    PO Box 923748,    Peachtree Corners, GA   30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: 5325@notices.nextchapterbk.com Aug 02 2019 23:13:45      Marc C Capone,
               Gillman, Bruton & Capone, LLC,    770 Amboy Avenue,    Edison, NJ   08837
tr            +EDI: BJMMCDONNELLIII.COM Aug 03 2019 02:38:00      John Michael McDonnell,
               John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 23:16:54      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 23:16:51      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517111349      EDI: BECKLEE.COM Aug 03 2019 02:38:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516839683      EDI: AMEREXPR.COM Aug 03 2019 02:38:00      Amex,    Correspondence,    PO Box 981540,
               El Paso, TX   79998-1540
516839684      EDI: TSYS2.COM Aug 03 2019 02:38:00      Barclays Bank Delaware,    100 S West St,
               Wilmington, DE   19801-5015
516839685      EDI: CAPITALONE.COM Aug 03 2019 02:38:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT   84130-0285
516967655      EDI: BL-BECKET.COM Aug 03 2019 02:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516839686      EDI: CHASE.COM Aug 03 2019 02:38:00      Chase Card- AmazonPrime,    Attn: Correspondence Dept,
               PO Box 15298,    Wilmington, DE   19850-5298
516839687      EDI: CHASE.COM Aug 03 2019 02:38:00      Chase Card- Disney,    Attn: Correspondence Dept,
               PO Box 15298,    Wilmington, DE   19850-5298
516839690      EDI: WFFC.COM Aug 03 2019 02:38:00      Citicards Cbna,
               Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,    Saint Louis, MO   63179-0040
516839691      EDI: WFNNB.COM Aug 03 2019 02:38:00      Comenity Bank/New York & Co,    PO Box 182125,
               Columbus, OH   43218-2125
516839692      EDI: WFNNB.COM Aug 03 2019 02:38:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
               PO Box 182125,    Columbus, OH   43218-2125
516839695      E-mail/Text: bncnotices@becket-lee.com Aug 02 2019 23:16:00      Kohls/Capital One,
               Kohls Credit,    PO Box 3043,    Milwaukee, WI   53201-3043
517061794      EDI: RESURGENT.COM Aug 03 2019 02:38:00      LVNV Funding, LLC its successors and assigns as,
               assignee of QPL-LC Trust,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517231005      EDI: RESURGENT.COM Aug 03 2019 02:38:00      LVNV Funding, LLC its successors and assigns as as,
               PO Box 10587,    Greenville, SC   29603-0587
516839696      E-mail/Text: bk@lendingclub.com Aug 02 2019 23:17:24      Lending Club Corp,
               71 Stevenson St Ste 300,    San Francisco, CA   94105-2985
517100546     +EDI: MID8.COM Aug 03 2019 02:38:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
516839697      E-mail/Text: ebn@rwjbh.org Aug 02 2019 23:17:18      Monmouth Medical Center,    PO Box 903,
               Oceanport, NJ   07757-0903
516839698      E-mail/Text: ebn@rwjbh.org Aug 02 2019 23:17:18      Monmouth Medical Center,    PO Box 29962,
               New York, NY   10087-9962
517108178      EDI: PRA.COM Aug 03 2019 02:38:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
               POB 41067,    Norfolk VA 23541
517110460      EDI: PRA.COM Aug 03 2019 02:38:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517108166      EDI: PRA.COM Aug 03 2019 02:38:00      Portfolio Recovery Associates, LLC,    c/o DMB,
               POB 41067,    Norfolk VA 23541
517108175      EDI: PRA.COM Aug 03 2019 02:38:00      Portfolio Recovery Associates, LLC,
               c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517077921      EDI: Q3G.COM Aug 03 2019 02:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA   98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 02, 2019
                              Form ID: 309A            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516839702       EDI: RMSC.COM Aug 03 2019 02:38:00     Syncb Bank/American Eagle,   Attn: Bankruptcy,
                 PO Box 965064,   Orlando, FL  32896-5064
516843561      +EDI: RMSC.COM Aug 03 2019 02:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA  23541-1021
516839703       EDI: TFSR.COM Aug 03 2019 02:38:00     Toyota Motor Credit Co,   PO Box 8026,
                 Cedar Rapids, IA  52408-8026
516955520      +EDI: AIS.COM Aug 03 2019 02:38:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK  73118-7901
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0