**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kristina L. Rubin <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9146 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20460–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristina L. Rubin

11/8/19

**By the court:**  Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20460-KCF
Kristina L. Rubin                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 08, 2019
                              Form ID: 318             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
```
db             Kristina L. Rubin,    337 Volley Ct,    Wall, NJ 07719-9484
516839682     ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court:   Allied Digestive Health,     60 State Route 36 Ste B,
                 West Long Branch, NJ  07764-1464)
516839681      Allied Digestive Healt,    PO Box 11578,    Newark, NJ 07101-4578
516839688      Chase Card- Slate Card,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
517122102      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
516839689      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO 63129
516839693      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
516839694      Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
516839699      North American Partners in Anesthesia,    PO Box 49,    Glen Head, NY 11545-0049
516839700      Ocean Surgical Pavillion,    PO Box 305250,    Nashville, TN 37230-5250
516839701      RMB, Inc.,   409 Bearden Park Cir,    Knoxville, TN 37919-7448
517034511     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516839704      Vital Recovery,    PO Box 923748,    Peachtree Corners, GA 30010-3748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517111349      EDI: BECKLEE.COM Nov 09 2019 04:28:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516839683      EDI: AMEREXPR.COM Nov 09 2019 04:28:00     Amex,    Correspondence,   PO Box 981540,
                 El Paso, TX 79998-1540
516839684      EDI: TSYS2.COM Nov 09 2019 04:28:00     Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
516839685      EDI: CAPITALONE.COM Nov 09 2019 04:28:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
516967655      EDI: BL-BECKET.COM Nov 09 2019 04:33:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516839686      EDI: CHASE.COM Nov 09 2019 04:28:00     Chase Card- AmazonPrime,    Attn: Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
516839687      EDI: CHASE.COM Nov 09 2019 04:28:00     Chase Card- Disney,    Attn: Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
516839690      EDI: CITICORP.COM Nov 09 2019 04:28:00     Citicards Cbna,
                 Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,    Saint Louis, MO 63179-0040
516839691      EDI: WFNNB.COM Nov 09 2019 04:28:00     Comenity Bank/New York & Co,    PO Box 182125,
                 Columbus, OH 43218-2125
516839692      EDI: WFNNB.COM Nov 09 2019 04:28:00     Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH 43218-2125
516839695      E-mail/Text: bncnotices@becket-lee.com Nov 09 2019 00:04:25     Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
517061794      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:31
                 LVNV Funding, LLC its successors and assigns as,    assignee of QPL-LC Trust,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517231005      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:29
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC 29603-0587
516839696      E-mail/Text: bk@lendingclub.com Nov 09 2019 00:05:37     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
517100546     +EDI: MID8.COM Nov 09 2019 04:28:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516839697      E-mail/Text: ebn@rwjbh.org Nov 09 2019 00:05:34     Monmouth Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
516839698      E-mail/Text: ebn@rwjbh.org Nov 09 2019 00:05:34     Monmouth Medical Center,    PO Box 29962,
                 New York, NY 10087-9962
517108178      EDI: PRA.COM Nov 09 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517110460      EDI: PRA.COM Nov 09 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517108166      EDI: PRA.COM Nov 09 2019 04:28:00     Portfolio Recovery Associates, LLC,    c/o DMB,
                 POB 41067,    Norfolk VA 23541
517108175      EDI: PRA.COM Nov 09 2019 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517077921      EDI: Q3G.COM Nov 09 2019 04:28:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516839702      EDI: RMSC.COM Nov 09 2019 04:33:00     Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 PO Box 965064,    Orlando, FL 32896-5064
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 08, 2019
                              Form ID: 318             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516843561      +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516839703       EDI: TFSR.COM Nov 09 2019 04:28:00      Toyota Motor Credit Co,   PO Box 8026,
                 Cedar Rapids, IA  52408-8026
516955520      +EDI: AIS.COM Nov 09 2019 04:28:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Marc C Capone    on behalf of Debtor Kristina L. Rubin 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4
```